**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1737**

———————

DONNA PARKER,

                        Plaintiff - Appellant,

     versus

RICHARD DANZIG, SECRETARY OF THE NAVY,

                        Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge. (CA-00-412-2)

———————

Submitted:  November 28, 2001     Decided:  December 12, 2001

———————

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

J. Gray Lawrence, Jr., FAGGERT & FRIEDEN, P.C., Chesapeake, Virginia, for Appellant.  Kenneth E. Melson, United States Attorney, Anita K. Henry, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donna Lee Parker appeals the district court's order granting summary judgment to Defendant on her claim of sexual discrimination filed pursuant to 42 U.S.C. § 2000e-2(a)(1) (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Parker v. Danzig, No. CA-00-412-2 (E.D. Va. Mar. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2